ORDERED.

Dated: August 10, 2017

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ERMINIO VAN MALLEGHEM,                    Case No. 15-06189-RAC
                                          Chapter 7
    Debtor

_____/

ERMINIO VAN MALLEGHEM,                    Adv. Pro. 6:15-ap-00147-RAC

    Plaintiff,

v.

OCWEN LOAN SERVICING LLC,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEY FEES

THIS MATTER came before the court for hearing on August 3, 2016, upon the Motion of Secured Creditor and Defendant, Ocwen Loan Servicing LLC, for Attorney Fees (Doc. 46).

The court, having reviewed the Motion and Response, and being otherwise duly advised in the premises, it is:

**ORDERED:**

1.   The Motion of Defendant Ocwen Loan Servicing LLC for Attorney Fees is granted.

2.   Ocwen Loan Servicing is entitled to recover fees incurred in this adversary proceeding in the amount of $2,150.00. The state court judge in the pending foreclosure action may determine the manner of payment.

Attorney Marian Kennady is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.